IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Mitchell Monroe Weatherall, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:15-2668-RMG |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Tom Fox, Pamela Ard, & Southern Health ) | |
| Partners, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This pretrial-detainee matter is before the Court upon the Magistrate Judge's recommendation that the Court grant Defendant Fox's Notice of Motion and Motion for Summary Judgment (Dkt. No. 23) and the Motion for Summary Judgment by Defendants Southern Health Partners and Ard (Dkt. No. 26). Pursuant to 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2)(e), D.S.C., all pretrial matters involving *pro se* litigants are referred to a Magistrate Judge for consideration. The Magistrate Judge issued a Report and Recommendation ("R & R") on April 14, 2016. (Dkt. No. 39). No timely objections have been made to the Magistrate Judge's R & R.

Where a Magistrate Judge has submitted to a District Court a R & R, any party may file written objections within 14 days of the issuance of the R & R. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). A District Court must "make a *de novo* determination of those portions of the report . . . or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). Where no timely filed objection has been made, the District Court is obligated to review the R & R to confirm that "there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

The Court has reviewed the record in this matter, the R & R of the Magistrate Judge, and the applicable law. The Court finds that the Magistrate Judge has ably and thoroughly addressed the factual and legal issues in this matter. Accordingly, the Court hereby **ADOPTS** as the order of the Court and **GRANTS** Defendant Fox's Motion for Summary Judgment (Dkt. No. 23) and the Motion for Summary Judgment of Defendants Southern Health Partners and Ard (Dkt. No. 26).

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

May 26, 2016
Charleston, South Carolina